# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| VICTOR M. WILLIAMS, <br>     Plaintiff, <br> v. <br> CITY OF JOLIET ET AL., <br>     Defendants. | Case No. 20-cv-5367 <br><br> Consolidated with |
| JAMAL M. SMITH, <br>     Plaintiff, <br> v. <br> CITY OF JOLIET, ET AL., <br>     Defendants. | Case No. 20-cv-5387 <br><br> **Hon. Sara L. Ellis** |

## **STIPULATION TO DISMISS**

IT IS HEREBY stipulated and agreed by and between the Plaintiffs, VICTOR M. WILLIAMS and JAMAL M. SMITH, and Defendant, THE CITY OF JOLIET, through their respective attorneys, that these consolidated lawsuits are hereby dismissed with prejudice pursuant to settlement and without costs to either party, all matters of controversy having been settled.

| **LAW OFFICES OF LAWRENCE X. O'REILLY** | **HERVAS, CONDON & BERSANI, P.C.** |
|---|---|
| **By: /s/ Lawrence X. O'Reilly** | **By: /s/ G. David Mathues** |
| Lawrence X. O'Reilly | Michael D. Bersani (ARDC # 06200897) |
| Law Offices of Lawrence X. O'Reilly | G. David Mathues (ARDC # 06293314) |
| 110 E. Schiller Street, Suite 224 | Hervas, Condon & Bersani, P.C. |
| Elmhurst, IL 60126 | 333 Pierce Road, Suite 195 |
| lxolaw@gmail.com | Itasca, IL 60143 |
| 312-505-7225 | (630) 773-4774 |
| *One of the attorneys for Plaintiffs* | mbersani@hcbattorneys.com |
| | dmathues@hcbattorneys.com |
| | *Attorneys for Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2022, I electronically filed the Stipulation to Dismiss, with the Clerk of the Northern District Court, Eastern Division, using the CM/ECF system, which will send notification of such filing to the CM/ECF participants:

TO:

| | |
|---|---|
| Michael D. Bersani<br>Hervas, Condon, and Bersani, P.C.<br>333 W Pierce Road Suite 195<br>Itasca, IL 60143<br>Email:Mbersani@hcbattorneys.com | Glenn David Mathues<br>Hervas, Condon, and Bersani, P.C.<br>333 W Pierce Road Suite 195<br>Itasca, IL 60143<br>Email:Dmathues@hcbattorneys.com |

Sabrina Spano
City of Joliet
150 West Jefferson Street
Joliet, IL 60432
Email:Sspano@jolietcity.org

Respectfully Submitted,

/S/ Michael E. Baker

Attorneys for Plaintiffs

Michael E. Baker
ARDC No. 6291373
190 S. LaSalle Street
Suite 1540
Chicago, Illinois
Ph. (312) 782-4640
Fax: (312) 422-1121
mike@spectorbaker.com

Lawrence X. O'Reilly
ARDC No. 6207407
110 E. Schiller Street
Suite #224
Elmhurst IL 60126
Ph. (312)505-7225
Fax (630)206-0697
lxolaw@gmail.com